# United States Court of Appeals
## For the First Circuit

No. 13-1444

CARMEN LLERENA DIAZ,

Plaintiff, Appellee,

v.

JITEN HOTEL MANAGEMENT, INC.,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on December 18, 2013, is amended as follows:

On page 2, lines 8-9: replace "Answering yes to the first question and no to the second," with "Answering no to both questions,"